No. 04–64. COVUCCI v. SERVICE MERCHANDISE CO., INC. C. A. 6th Cir. Certiorari denied.

No. 04–67. BRIDWELL ET AL. v. TEXAS WORKERS' COMPENSATION INSURANCE FUND. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 04–68. FRANCOLINO v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–71. COMMUNITY MENTAL HEALTH CENTER OF ALEXANDRIA ET AL. v. SOCIAL SECURITY ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 04–72. ELWOOD v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–73. MAYMO-MELENDEZ v. ALVAREZ-RAMIREZ ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–76. GRAHAM v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–77. SMITH, SHERIFF, SMITH COUNTY, TEXAS, ET AL. v. KINNEY ET AL.; and
No. 04–86. GREEN, SHERIFF, HARRISON COUNTY, TEXAS, ET AL. v. KINNEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–78. MADE IN THE USA FOUNDATION v. PHILLIP FOODS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–80. ADCO OIL CO. v. ROVELL. C. A. 7th Cir. Certiorari denied.

No. 04–82. WARD, AKA KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–84. SARGA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.